**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Leland Foster,

    Plaintiff,

v.

J.W. Crawford, Inc.,

    Defendant.

Case No.: 2:16-cv-13602
Hon: Victoria A. Roberts

---

| LAW OFFICES OF OWEN DUNN, JR. | SHEDD-FRASIER PLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| By:   Owen B. Dunn Jr.(P66315) | By:   Damion Frasier (P42859) |
|        Valerie J. Fatica (0083812) |        Amy J. DeNise (P54138) |
| 4334 W. Central Avenue, Suite 222 | G-5121 Flushing Rd. |
| Toledo, OH 43615 | Flushing, MI 48433 |
| Phone:(419) 241-9661 | Phone: (810) 732-8500 |
| dunnlawoffice@sbcglobal.net | dfrasier@sfglaw.net |
| valeriefatica@gmail.com | adenise@sfglaw.net |

---

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the filing of the Stipulation for Dismissal and the Court being otherwise fully advised,

IT IS ORDERED that this matter is dismissed with prejudice and without costs, interest or attorney fees.

This Order resolves the last pending claim in this case and closes the case.

                                      S/Victoria A. Roberts
                                      United States District Judge

Dated: April 12, 2017